

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-14-00133-CV**

**IN RE TERRY JUSTIN SMITH**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Because a protective order is a final, appealable order, relator had an adequate remedy by appeal even if that remedy is no longer available. *See* TEX. FAM. CODE ANN. § 81.009 (West 2014); *In re Tex. Dep't of Family & Protective Servs.*, 210 S.W.3d 609, 614 (Tex. 2006); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992).[1]

Accordingly relator's Petition for writ of Mandamus is denied.

TOM GRAY
Chief Justice

---

[1] Smith filed a motion for new trial but we express no opinion about whether the time in which to file a notice of appeal, or a motion to extend the filing thereof, has expired.

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed May 9, 2014
[OT06]